IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BILLY RANDOLPH,            )<br>                            )<br>     Plaintiff,           )<br>                            )<br>     v.                     )<br>                            )<br>CAM WARD, Director, Bureau )<br>of Pardons and Paroles, in )<br>his individual and         )<br>official capacity, et al., )<br>                            )<br>                            )<br>     Defendants.            ) | CIVIL ACTION NO.<br>2:22cv637-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the defendants violated his constitutional rights when they denied him parole.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted and that this case should be dismissed.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of March, 2024.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE