```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BILLY RANDOLPH,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:22cv637-MHT
                               )          (WO)
CAM WARD, Director, Bureau     )
of Pardons and Paroles, in     )
his individual and             )
official capacity et al.,      )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 28) is adopted.

(2) The defendants' motion to dismiss (Doc. 17) is granted.

(3) This lawsuit is dismissed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 25th day of March, 2024.**

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**